NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDEVA PHARMA SUISSE A.G.,
WARNER CHILCOTT PHARMACEUTICALS INC.,
and WARNER CHILCOTT COMPANY, LLC,**
*Plaintiffs-Appellees,*

v.

**PAR PHARMACEUTICAL, INC.,
and EMET PHARMACEUTICALS, LLC,**
*Defendants-Appellants.*

---

2011-1391

---

Appeal from the United States District Court for the District of New Jersey in Case No. 10-CV-4008, Judge Freda L. Wolfson.

---

**JUDGMENT**

---

GEORGE F. PAPPAS, Covington & Burling, LLP, of Washington, DC, argued for plaintiff-appellees. With him on the brief were CHRISTOPHER N. SIPES, GARY M. RUBMAN, PAUL A. AINSWORTH, ROGER A. FORD and BRIANNE BHARKHDA.

DANIEL G. BROWN, Wilson Sonsini Goodrich & Rosati, P.C., of New York, New York, argued for defendants-appellants. With him on the brief were NICOLE W. STAFFORD, of Austin, Texas; and JENNIFER KOH and WENDY DEVINE, of San Diego, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 25, 2012          /s/ Jan Horbaly
Date                        Jan Horbaly
                             Clerk